Von A. BUTLER, Appellant,

v.

Carol A. BUTLER, Respondent.

No. WD 33796.

Missouri Court of Appeals,
Western District.

May 31, 1983.

Richard W. Sullivan, Independence, for appellant.

John W. Dennis, Jr. of Paden, Welch, Martin, Albano & Graeff, P.C., Independence, for respondent.

Before TURNAGE, P.J., and MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM:

This is an appeal from a decree of dissolution.

Judgment affirmed. Rule 84.16(b).